**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ascension Arizona,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Sedgwick Claims Management Services Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-21-00418-TUC-DCB (MAA)<br><br>**ORDER** |

Pursuant to the stipulated dismissal of this action (Doc. 66), pursuant to Rule 41, Federal Rules of Civ Procedure,

**Accordingly,**

**IT IS ORDERED** that this case is dismissed, with each party to bear their own costs and any attorneys' fees incurred in connection with this matter.

Dated this 23rd day of August, 2023.

_____
Honorable David C. Bury
United States District Judge